ELLA A. PIXLEY, Appellant, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.

*Pixley* v. *Commercial Travelers Mut. Acc. Assn. of America*, 165 App. Div. 950, affirmed.
(Argued May 14, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered December 15, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action upon a policy of accident insurance. The defense was that the policy was issued and accepted in consideration of the membership fee and the warranties and agreements contained in the application, among which were the conditions that it should not extend to nor cover injuries of which there should be no external visible mark on the body of the insured nor to injuries or death resulting from or caused by poison, taken voluntarily, involuntarily or accidentally, and that if the insured met with an accident, there was no external, visible mark on his body, but that he died from the effects of a poison known as morphine taken by him, and that he did not come to his death through external, violent and accidental means.

*Walter W. Chamberlain* and *Eugene M. Bartlett* for appellant.

*Carlton E. Ladd* and *Adolph Rebadow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.